### UNITED STATES BANKRUPTCY COURT FOR

### THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**

|  |  |  |
|---|---|---|
| | ) | **Chapter 13** |
| **Brad R. Bender** | ) | |
| | ) | **No. 13-20074-ref** |

### PRAECIPE TO WITHDRAW CERTIFICATION OF NO RESPONSE

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please withdraw the Certification of No Response filed on July 27, 2016 to the Debtor's

Motion to Modify His Chapter 13 Plan filed at docket entry no. 38.

**JOHN R. K. SOLT, P.C.**

Dated:  July 27, 2016          By:     /s/ John R. K. Solt, Esquire
                                            John R. K. Solt, Esquire
                                            2045 Westgate Dr., Suite 404B
                                            Bethlehem, PA 18017
                                            610-865-2465
                                            Attorney for Debtor