## UNITED STATES BANKRUPTCY COURT FOR

*THE EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| **In Re:** | ) Chapter 13 |
| **Brad R. Bender** | ) No. 13-20074-ref |
| | ) Date of Hearing:   August 11, 2016 |
| | ) Time of Hearing: 9:30 a.m. |
| **Debtor** | ) Location:  U.S. Bankruptcy Court |
| | )                 The Madison Building |
| | )                 3rd Floor, Courtroom 1 |
| | )                 400 Washington Street |
| | )                 Reading, PA 19601 |

### CERTIFICATION OF NO RESPONSE

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify His Chapter 13 Plan Post-Confirmation, pursuant to Section 522 (f) and the Notice of Motion, which were served in the manner as set forth in the Certificate of Service filed in this matter on June 30, 2016, and I further certify that the motion is uncontested.


Date:   August 4, 2016              /s/ John R. K. Solt, Esquire
                                    John R. K. Solt, Esquire
                                    2045 Westgate Dr., Suite 404B
                                    Bethlehem, PA 18017
                                    Phone 610-865-2465
                                    Attorney for Debtor