UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Brad R. Bender

Debtor

) Chapter 13
) No. 13-20074-ref
) Date of Hearing:   July 28, 2016
) Time of Hearing: 9:30 a.m.
) Location:  U.S. Bankruptcy Court
)         The Madison Building
)         3rd Floor, Courtroom 1
)         400 Washington Street
)         Reading, PA 19601

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation Pursuant to 11 U.S.C. § 1329 (the "Motion"), it is hereby ORDERED and DECREED that:

(1) The Motion is granted; and

(2) Debtor's Fourth Amended Chapter 13 Plan, attached as Exhibit B to the Motion, is hereby approved and shall be filed with this Court.

BY THE COURT:

**Date: August 5, 2016**

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies to:

Ann B. Swartz, Esquire
Attorney for Seterus, Inc.
McCabe, Weisberg & Conway, P.C.
Wells Fargo Bank Building
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

John R. K. Solt, Esquire
Attorney for the Debtor
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017