United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20074-ref
Brad R. Bender                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Angela              Page 1 of 1              Date Rcvd: Aug 05, 2016
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db             +Brad R. Bender,    7201 McKee Ct.,    Macungie, PA 18062-9598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
       ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com,
       sbennett.jrksolt@gmail.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 9

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) Chapter 13 |
| **Brad R. Bender** | ) No. 13-20074-ref |
| | ) Date of Hearing:   July 28, 2016 |
| | ) Time of Hearing: 9:30 a.m. |
| **Debtor** | ) Location:  U.S. Bankruptcy Court |
| | )                The Madison Building |
| | )                3rd Floor, Courtroom 1 |
| | )                400 Washington Street |
| | )                Reading, PA 19601 |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation Pursuant to 11 U.S.C. § 1329 (the "Motion"), it is hereby ORDERED and DECREED that:

(1) The Motion is granted; and

(2) Debtor's Fourth Amended Chapter 13 Plan, attached as Exhibit B to the Motion, is hereby approved and shall be filed with this Court.

BY THE COURT:

**Date: August 5, 2016**

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies to:

Ann B. Swartz, Esquire
Attorney for Seterus, Inc.
McCabe, Weisberg & Conway, P.C.
Wells Fargo Bank Building
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

John R. K. Solt, Esquire
Attorney for the Debtor
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017