UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
                                     )      **Chapter 13**

**Brad R. Bender**               )
                                     )      **No. 13-20074-ref**

## **CERTIFICATION OF NO RESPONSE**

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan and the Notice of Motion, which were served in the manner as set forth in the Certificate of Service filed in this matter on August 15, 2016, and I further certify that the motion is uncontested.

Date:   October 26, 2016                              /s/ John R. K. Solt, Esquire
                                                                     John R. K. Solt, Esquire
                                                                      2045 Westgate Dr., Suite 404B
                                                                      Bethlehem, PA 18017
                                                                      Phone 610-865-2465
                                                                      Attorney for Debtor