IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BRAD R. BENDER | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.  13-20074-ref |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

NOW, this ___7___ day of ___November___, 2016, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the supplemental compensation charged by the counsel for the Debtor, John R. K. Solt, Esquire, in the amount of SEVEN HUNDRED FIFTY DOLLARS ($750.00), is to be paid and the same is hereby approved.

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE

Copies to:

John R. K. Solt, Esquire
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017

Brad R. Bender
720 McKee Court.
Macungie, PA 18062

Frederick L. Reigle, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107