United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-20074-ref
Brad R. Bender                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela         Page 1 of 1         Date Rcvd: Nov 07, 2016
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db             +Brad R. Bender,    7201 McKee Ct.,    Macungie, PA 18062-9598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
      ecfmail@mwc-law.com
     ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
      ecfmail@mwc-law.com
     ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
     DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
     JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com,
      sbennett.jrksolt@gmail.com
     JOSEPH PATRICK SCHALK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRAD R. BENDER | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 13-20074-ref |

### ORDER APPROVING COMPENSATION
### TO COUNSEL FOR DEBTOR

NOW, this ___7___ day of ___November___, 2016 upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED AND DECREED, that the supplemental compensation charged by the counsel for the Debtor, John R. K. Solt, Esquire, in the amount of SEVEN HUNDRED FIFTY DOLLARS ($750.00), is to be paid and the same is hereby approved.

BY THE COURT:

RICHARD E. FEHLING
BANKRUPTCY JUDGE

Copies to:

John R. K. Solt, Esquire
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017

Frederick L. Reigle, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

Brad R. Bender
720 McKee Court.
Macungie, PA 18062

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107