United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brad R. Bender  
    Debtor

Case No. 13-20074-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Nov 21, 2016  
                                 Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.  
13607955        Federal National Mortgage Association,    creditor c/o Seterus, Inc.,  
           PO Box 1047 Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:

         ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association  
           ecfmail@mwc-law.com  
         ALEXANDRA T. GARCIA    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION  
           ecfmail@mwc-law.com  
         ANDREW SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
         ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,  
           ecfmail@mwc-law.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com  
         DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com,  
           sbennett.jrksolt@gmail.com  
         JOSEPH PATRICK SCHALK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                 TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-20074-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Brad R. Bender
7201 McKee Ct.
Macungie PA 18062

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/18/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Federal National Mortgage Association, creditor c/o Seterus, Inc., PO Box 1047 Hartford, CT 06143-1047 | Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables , Florida 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/23/16

Tim McGrath
**CLERK OF THE COURT**