**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brad R. Bender<br>  <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-20074 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of OCWEN LOAN SERVICING, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9952

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**<u>/s/Thomas Puleo, Esquire</u>**
　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406