UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |
|---|---|
| Brad R. Bender | ) Chapter 13 |
|  | ) No. 13-20074-ref |
|  | ) Date of Hearing:  February 16, 2017 |
|  | ) Time of Hearing: 9:30 a.m. |
| Debtor | ) Location:  U.S. Bankruptcy Court |
|  | )                  The Madison Building |
|  | )                  3rd Floor, Courtroom 1 |
|  | )                  400 Washington Street |
|  | )                  Reading, PA 19601 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor, Brad R. Bender ("Debtor"), by and through his attorney, John R. K. Solt, Esquire, and John R. K. Solt, P.C.**,** has filed with the Court a Motion to Approve Loan Modification and Loan Adjustment Agreement.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant this Motion, then on or before **February 1, 2017**, you or your attorney must do all of the following:

a) file an answer explaining your position at:

**Clerk/United States Bankruptcy Court
The Madison Building
400 Washington Street, Suite 300
Reading, PA 19601**

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

**John R. K. Solt, Esquire
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable RICHARD E. FEHLING, United States Bankruptcy Judge, in Courtroom **#1** at the United States Bankruptcy Court, The Madison Building, **400 Washington Street, Reading, PA 19601** on **February 16, 2017, at 9:30 a.m.,** as soon thereafter as counsel can be heard, to consider the motion.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because an answer was not filed.

Dated:   January 9, 2017                    /s/ John R. K. Solt, Esquire
                                                    John R. K. Solt, Esquire
                                                    Attorney for Debtor
                                                    John R. K. Solt, P.C.
                                                    2045 Westgate Dr., Suite 404B
                                                    Bethlehem, PA 18017