**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  BRAD R. BENDER | : Date of Hearing:  February 16, 2017 |
| | : Time of Hearing: 9:30 a.m. |
| **CHAPTER 13** | : Location:  U.S. Bankruptcy Court |
| | :       The Madison Building |
| No. 13-20074-ref | :       3rd Floor, Courtroom 1 |
| | :       400 Washington Street |
| | Reading, PA 19601 |

**CERTIFICATION OF NO RESPONSE**

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Approve Loan Modification and Loan Adjustment Agreement, which was served in the manner as set forth in the Certificate of Service filed in this matter on January 9, 2017, and I further certify that the motion is uncontested.

Dated:  February 9, 2017          Respectfully submitted,

JOHN R. K. SOLT, P.C.

BY:   /s/ John R. K. Solt, Esquire
      John R. K. Solt, Esquire
      Counsel for Debtor
      2045 Westgate Drive, Suite 404B
      Bethlehem, PA 18017
      610-856-2465 - Phone
      610-691-2018 - Fax