IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BRAD R. BENDER | : Date of Hearing: February 16, 2017 |
| | : Time of Hearing: 9:30 a.m. |
| CHAPTER 13 | : Location: U.S. Bankruptcy Court |
| | :          The Madison Building |
| No. 13-20074-ref | :          3rd Floor, Courtroom 1 |
| | :          400 Washington Street |
| | :          Reading, PA 19601 |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Approve Loan Modification and Loan Adjustment Agreement, and after notice and opportunity to be heard,

**IT IS ORDERED THAT:**

The Movant's Motion to Approve Loan Modification and Loan Adjustment Agreement is hereby **GRANTED** and is hereby **APPROVED**; and it is further

**ORDERED**, that approval and recording (if applicable) of the Loan Adjustment Agreement shall in no way constitute a violation of the automatic stay.

BY THE COURT:

2/13/17

_____
Richard E. Fehling,
U.S. Bankruptcy Judge

Copies:
Mr. Brad R. Bender
7201 McKee Court
Macungie, PA 18062

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Bayview Loan Servicing, LLC
Attn: Jennifer McGovern
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146