United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20074-ref
Brad R. Bender                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela            Page 1 of 1              Date Rcvd: Feb 13, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
db           +Brad R. Bender,   7201 McKee Ct.,   Macungie, PA 18062-9598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
       ecfmail@mwc-law.com
      ALEXANDRA T. GARCIA    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       ecfmail@mwc-law.com
      ANDREW   SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
      DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com,
       sbennett.jrksolt@gmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BRAD R. BENDER

CHAPTER 13

No. 13-20074-ref

: Date of Hearing: February 16, 2017
: Time of Hearing: 9:30 a.m.
: Location: U.S. Bankruptcy Court
:     The Madison Building
:     3rd Floor, Courtroom 1
:     400 Washington Street
      Reading, PA 19601

### ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Approve Loan Modification and Loan Adjustment Agreement, and after notice and opportunity to be heard,

**IT IS ORDERED THAT:**

The Movant's Motion to Approve Loan Modification and Loan Adjustment Agreement is hereby **GRANTED** and is hereby **APPROVED**; and it is further

**ORDERED,** that approval and recording (if applicable) of the Loan Adjustment Agreement shall in no way constitute a violation of the automatic stay.

BY THE COURT:

2/13/17

Richard E. Fehling,
U.S. Bankruptcy Judge

Copies:
Mr. Brad R. Bender
7201 McKee Court
Macungie, PA 18062

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Bayview Loan Servicing, LLC
Attn: Jennifer McGovern
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146