**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Bankruptcy No.: 13-20074-ref** |
| **Brad R. Bender** | **Chapter 13** |
| **aka Brad Robert Bender,** | |
| | **Doc No.** |
|    **Debtor.** | |
| _____/ | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (3-2) filed by Ditech Financial LLC;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (3-2) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on September 18, 2015 as Claim 3-2 on the Claim Register, forthwith. Ditech Financial LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** _____.

Dated:_____

                                                BY THE COURT

                                              _____

                                              HONORABLE RICHARD E. FEHLING
                                              UNITED STATES BANKRUPTCY JUDGE