## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 13-20074-ref |
| **Brad R. Bender**<br>**aka Brad Robert Bender,** | Chapter 13 |
| | Doc No. |
| **Debtor.** | |

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (3-2) filed by Ditech Financial LLC;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (3-2) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on September 18, 2015 as Claim 3-2 on the Claim Register, forthwith. Ditech Financial LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 10. 2017.

BY THE COURT

**Date: February 28, 2017**

Dated:_____    _____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE