United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brad R. Bender  
      Debtor

Case No. 13-20074-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db         +Brad R. Bender,    7201 McKee Ct.,    Macungie, PA 18062-9598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:

       ALEXANDRA T. GARCIA    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfmail@mwc-law.com  
       ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com  
       ANDREW SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
       ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com, ecfmail@mwc-law.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com  
       DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com, sbennett.jrksolt@gmail.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
       THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 13-20074-ref |
| **Brad R. Bender** <br> **aka Brad Robert Bender,** | Chapter 13 |
| | Doc No. |
| **Debtor.** | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (3-2) filed by Ditech Financial LLC;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (3-2) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on September 18, 2015 as Claim 3-2 on the Claim Register, forthwith. Ditech Financial LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 10. 2017.

BY THE COURT

**Date: February 28, 2017**

Dated:_____     _____
                                    HONORABLE RICHARD E. FEHLING
                                    UNITED STATES BANKRUPTCY JUDGE