## UNITED STATES BANKRUPTCY COURT FOR

## THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                    ) **Chapter 13**
  **Brad R. Bender**                                  )
                                                  ) **No. 13-20074**
      **Debtor**

## CERTIFICATION OF NO RESPONSE

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify His Chapter 13 Plan Post-Confirmation, pursuant to Section 522 (f) and the Notice of Motion, which were served in the manner as set forth in the Certificate of Service filed in this matter on April 7, 2017, and I further certify that the motion is uncontested.

Date:   June 7, 2017                                       /s/ John R. K. Solt, Esquire
                                                                                       John R. K. Solt, Esquire
                                                                                       2045 Westgate Dr., Suite 404B
                                                                                       Bethlehem, PA 18017
                                                                                       Phone 610-865-2465
                                                                                       Attorney for Debtor