# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | BRAD BENDER | : | Ch. 13 |
| | | : | |
| | Debtor | : | Case No. 13-20074-REF |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation pursuant to 11 U.S.C. Section 1329 (the "Motion"), it is hereby ORDERED and DECREED that:

(1) The Motion is granted; and

(2) Debtor's Fifth Amended Chapter 13 Plan, attached as Exhibit A to the Motion, is hereby approved and shall be filed with this Court.

**Date: June 8, 2017**

By the Court:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies to:
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Standing Ch. 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading PA 19606-0410

Brad Bender
7201 McKee Court
Macungie, PA 18062