United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-20074-ref
Brad R. Bender                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Angela            Page 1 of 1              Date Rcvd: Jun 08, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db             +Brad R. Bender,    7201 McKee Ct.,    Macungie, PA 18062-9598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
               ecfmail@mwc-law.com
              ANDREW  SPIVACK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              DAVID W. TIDD    on behalf of Debtor Brad R. Bender bankruptcy@davidtiddlaw.com,
               jad@cdllawoffice.com,dmk@cdllawoffice.com,reb@cdllawoffice.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN R.K. SOLT    on behalf of Debtor Brad R. Bender jsolt.soltlaw@rcn.com,
               sbennett.jrksolt@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | BRAD BENDER | : | Ch. 13 |
| | | : | |
| | Debtor | : | Case No. 13-20074-REF |

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation pursuant to 11 U.S.C. Section 1329 (the "Motion"), it is hereby ORDERED and DECREED that:

(1)   The Motion is granted; and

(2)   Debtor's Fifth Amended Chapter 13 Plan, attached as Exhibit A to the Motion, is hereby approved and shall be filed with this Court.

**Date: June 8, 2017**

By the Court:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies to:
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Standing Ch. 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading PA 19606-0410

Brad Bender
7201 McKee Court
Macungie, PA 18062